TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Raymond Mireles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Mireles,<br><br>            Plaintiff,<br><br>    vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>            Defendant. | Case No.: 2:16-cv-02104-JAM-KJN<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendant D. Scott Carruthers, A Professional Law Corporation with prejudice, each party to bear its own attorneys' fees and costs.

Plaintiff

__/s/ Trinette G. Kent_____

Trinette G. Kent
Attorney for Plaintiff

Defendant

__/s/ John Marshall _

D. Scott Carruthers, Esq.
John Marshall, Esq.
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 15, 2017, a copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Raymond Mireles