# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Mireles,<br><br>        Plaintiff,<br><br>vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>        Defendant. | Case No.: 2:16-cv-02104-JAM-KJN<br><br>**ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: 8/15/2017                    /s/ John A. Mendez_____
                                            Hon. John A. Mendez
                                            United States District Court Judge